LAWYERS FOR JUSTICE

July 9, 2026

**VIA ECF**

The Honorable Vernon S. Broderick
United States Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

Re: *Haynes, et al. v. The New York And Presbyterian Hospital, et al.*, 1:26-cv-03613-VSB

Dear Judge Broderick:

On behalf of Plaintiffs Cynthia Haynes and Willis Ramassar ("Plaintiffs"), I write to respectfully request that Plaintiffs' deadline to respond to Defendants' Motion to Dismiss, currently scheduled for July 15, 2026, be vacated for the purpose of allowing Plaintiffs time to file a First Amended Complaint. I request that Plaintiffs' deadline to file a First Amended Complaint be set for July 30, 2026, and Defendants' deadline to answer or move to dismiss Plaintiffs' First Amended Complaint be set for August 27, 2026. In the event that Defendants file a motion to dismiss, Plaintiffs' opposition will be due September 17, 2026.

This request will not affect any other scheduled dates, as no other deadlines are currently set in this matter. There have been no prior requests for vacating the above deadline. Defendants have consented to these proposed deadlines.

Plaintiffs thank the Court for its time and continued attention to this matter.

Respectfully submitted,

*/s/ Sabine Jean*
Sabine Jean, Esq.

cc: All Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

The Clerk of Court is respectfully directed to terminate the motion at Document 15, since it is denied as moot.

Date: July 13, 2026