UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA HAYNES and WILLIS RAMASSAR, individually, and on behalf of others similarly situated,

Plaintiffs,

-against-

THE NEW YORK AND PRESBYTERIAN HOSPITAL, *et al.*,

Defendants.

26-CV-3613 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On May 1, 2026, Plaintiffs filed their complaint in the instant matter. (Doc. 1.) On July 30, 2026, Plaintiffs filed an Amended Complaint, (Doc. 19), which Defendants moved to dismiss, (Doc. 20). On September 25, 2026, Magistrate Judge Sarah Netburn granted Plaintiffs' request to vacate their response deadline to Defendants' motion to dismiss their First Amended Complaint and granted them leave to file a Second Amended Complaint by September 30, 2026. (Doc. 27.) Moreover, Defendants have until October 30, 2026 to answer or otherwise respond to Plaintiffs' Second Amended Complaint. (*Id.*)

Accordingly, I DENY Defendants' pending motion to dismiss Plaintiffs' First Amended Complaint as moot. The Clerk of Court is respectfully directed to terminate the motion at Document 20.

SO ORDERED.
Dated: September 29, 2026
New York, New York

Vernon S. Broderick
United States District Judge